# FINANCIAL DISCLOSURE REPORT
## NOMINATION FILING

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial)<br><br>Gilstrap, James R. | 2. Court or Organization<br><br>US District Court, Eastern District of Texas | 3. Date of Report<br><br>05/19/2011 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time)<br><br>United States District Judge | 5a. Report Type (check appropriate type)<br>☑ Nomination   Date 05/19/2011<br>☐ Initial   ☐ Annual   ☐ Final<br><br>5b. ☐ Amended Report | 6. Reporting Period<br><br>01/01/2010<br>to<br>04/30/2011 |
| 7. Chambers or Office Address<br><br>100 West Houston Street<br>Marshall, TX 75670 | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations.<br><br>Reviewing Officer_____ Date_____ | |

> *IMPORTANT NOTES: The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. Trustee | Foundation #1 |
| 2. Trustee | Foundation #2 |
| 3. Trustee | Trust #1 |
| 4. Co-Trustee | Trust #2 |
| 5. | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☐ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. 2002 | Texas County & District Employees Pension Fund; pension upon retirement age 63 |
| 2. | |
| 3. | |

**FINANCIAL DISCLOSURE REPORT**
Page 2 of 28

Name of Person Reporting

Gilstrap, James R.

Date of Report

05/19/2011

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. 2009 | Smith & Gilstrap- salary and distributions | $969,296.00 |
| 2. 2010 | Smith & Gilstrap-salary and distributions | $420,000.00 |
| 3. 2011 | Smith & Gilstrap-salary and distributions | $140,000.00 |
| 4. 2009 | Foundation #1 | $2,400.00 |
| 5. 2010 | Foundation #1 | $2,400.00 |
| 6. 2011 | Foundation #1 | $600.00 |
| 7. 2009 | Foundation #2 | $600.00 |
| 8. 2010 | Foundation #2 | $600.00 |
| 9. 2011 | Foundation #2 | $200.00 |
| 10. | | |

### B. Spouse's Non-Investment Income – *If you were married during any portion of the reporting year, complete this section. (Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. 2010 | Marshall Floral Co.-salary |
| 2. 2011 | Marshall Floral Co.-salary |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS – *transportation, lodging, food, entertainment.*
*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☐ NONE *(No reportable reimbursements.)*

| SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|
| 1. Exempt | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Gilstrap, James R. | 05/19/2011 |

2. _____
3. _____
4. _____
5. _____

| Name of Person Reporting | Date of Report |
|---|---|
| Gilstrap, James R. | 05/19/2011 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☐ NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. Exempt | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑ NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Gillstrap, James R. | 05/19/2011 |

# VII. INVESTMENTS and TRUSTS -- *Income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing Instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. American Electric Power common stock | C | Dividend | L | T | | | | | |
| 2. Bank of America common stock | A | Dividend | J | T | | | | | |
| 3. Boeing Co. common stock | B | Dividend | L | T | | | | | |
| 4. Citigroup common stock | | None | J | T | | | | | |
| 5. Dillards Department Stores common stock | A | Dividend | | | | | | | |
| 6. Disney Co. common stock | A | Dividend | K | T | | | | | |
| 7. Exxon Mobil common stock | A | Dividend | K | T | | | | | |
| 8. Ford Motor Co. common stock | | None | K | T | | | | | |
| 9. General Electric common stock | D | Dividend | N | T | | | | | |
| 10. Home Depot common stock | A | Dividend | K | T | | | | | |
| 11. Intel common stock | B | Dividend | K | T | | | | | |
| 12. JNJ common stock | C | Dividend | M | T | | | | | |
| 13. McDonalds Corp. common stock | B | Dividend | L | T | | | | | |
| 14. Norfork Southern Co. common stock | C | Dividend | M | T | | | | | |
| 15. Pfizer common stock | B | Dividend | K | T | | | | | |
| 16. Southern Co. common stock | B | Dividend | K | T | | | | | |
| 17. MMM common stock | C | Dividend | M | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

# FINANCIAL DISCLOSURE REPORT
Page 6 of 28

Name of Person Reporting

Gilstrap, James R.

Date of Report

05/19/2011

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 18. Woodside Petroleum common stock | | None | J | T | | | | | |
| 19. Weyerhaeuser common stock | A | Dividend | J | T | | | | | |
| 20. Mineral Rights, Harrison Co. TX, Comstock Ros.#2 GU | A | Royalty | J | Q | | | | | |
| 21. Mineral Rights, Harrison Co. TX, Comstock-Kennedy GU | C | Royalty | J | Q | | | | | |
| 22. Mineral Rights, Harrison Co. TX H.T. Newman GU | B | Royalty | J | Q | | | | | |
| 23. AT&T common stock | A | Dividend | J | T | | | | | |
| 24. Alcatel Lucent common stock | | None | J | T | | | | | |
| 25. BP common stock | | None | K | T | | | | | |
| 26. Berkshire Hathaway Class B common stock | | None | J | T | | | | | |
| 27. Comcast Corp. common stock | A | Dividend | J | T | | | | | |
| 28. Cisco Systems common stock | | None | J | T | | | | | |
| 29. Coca Cola Co. common stock | B | Dividend | K | T | | | | | |
| 30. Corning Inc. common stock | A | Dividend | J | T | | | | | |
| 31. Dell Inc. common stock | | None | J | T | | | | | |
| 32. Microsoft common stock | A | Dividend | J | T | | | | | |
| 33. Proctor & Gamble common stock | B | Dividend | L | T | | | | | |
| 34. Invesco Large Cap. Growth Fund class B | | None | J | T | | | | | |

1. Income Gain Codes: (See Columns B1 and D4) A =$1,000 or less / B =$1,001 - $2,500 / C =$2,501 - $5,000 / D =$5,001 - $15,000 / E =$15,001 - $50,000 / F =$50,001 - $100,000 / G =$100,001 - $1,000,000 / H1 =$1,000,001 - $5,000,000 / H2 =More than $5,000,000
2. Value Codes (See Columns C1 and D3) J =$15,000 or less / K =$15,001 - $50,000 / L =$50,001 - $100,000 / M =$100,001 - $250,000 / N =$250,001 - $500,000 / O =$500,001 - $1,000,000 / P1 =$1,000,001 - $5,000,000 / P2 =$5,000,001 - $25,000,000 / P3 =$25,000,001 - $50,000,000 / P4 =More than $50,000,000
3. Value Method Codes (See Column C2) Q =Appraisal / R =Cost (Real Estate Only) / S =Assessment / T =Cash Market / U =Book Value / V =Other / W =Estimated

FINANCIAL DISCLOSURE REPORT
Page 7 of 28

Name of Person Reporting

Glistrap, James R.

Date of Report

05/19/2011

## VII. INVESTMENTS and TRUSTS – *Income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 35. Alliance-Bernstein Large Cap Growth Fund class A | | None | J | T | | | | | |
| 36. Mass Investors Growth Stock Fund class A | | None | J | T | | | | | |
| 37. Target Stores common stock | A | Dividend | J | T | | | | | |
| 38. Schlumberger Ltd. common stock | A | Dividend | K | T | | | | | |
| 39. JP Morgan Chase common stock | A | Dividend | J | T | | | | | |
| 40. Emerson Electric common stock | A | Dividend | J | T | | | | | |
| 41. IBM common stock | A | Dividend | J | T | | | | | |
| 42. Frontier Communications common stock | A | Dividend | J | T | | | | | |
| 43. Verizon Communications common stock | A | Dividend | J | T | | | | | |
| 44. Muni Bond-Bell Co. TX Cert of Oblg. | B | Interest | K | T | | | | | |
| 45. Muni Bond-El Paso TX Cert of Oblg. | B | Interest | K | T | | | | | |
| 46. Muni Bond-Harris Co. TX Util Dist. | B | Interest | L | T | | | | | |
| 47. Muni Bond-Irving TX ISD GO | B | Interest | L | T | | | | | |
| 48. Muni Bond-Lake Worth TX ISD GO | B | Interest | L | T | | | | | |
| 49. Muni Bond-Montgomery Co. TX GO | B | Interest | K | T | | | | | |
| 50. Muni Bond-Mt. Pleasant TX Util Dist Rev | A | Interest | L | T | | | | | |
| 51. Muni Bond-N. Ft. Bend TX Water Dist | B | Interest | L | T | | | | | |

1. Income Gain Codes:          A =$1,000 or less          B =$1,001 - $2,500          C =$2,501 - $5,000          D =$5,001 - $15,000          E =$15,001 - $50,000
   (See Columns B1 and D4)     F =$50,001 - $100,000      G =$100,001 - $1,000,000   H1 =$1,000,001 - $5,000,000   H2 =More than $5,000,000
2. Value Codes                 J =$15,000 or less         K =$15,001 - $50,000       L =$50,001 - $100,000      M =$100,001 - $250,000
   (See Columns C1 and D3)      N =$250,001 - $500,000     O =$500,001 - $1,000,000   P1 =$1,000,001 - $5,000,000   P2 =$5,000,001 - $25,000,000
                               P3 =$25,000,001 - $50,000,000                          N =More than $50,000,000
3. Value Method Codes          Q =Appraisal              R =Cost (Real Estate Only)  S =Assessment              T =Cash Market
   (See Column C2)             U =Book Value             V =Other                   W =Estimated

# FINANCIAL DISCLOSURE REPORT
## Page 8 of 28

Name of Person Reporting

Gilstrap, James R.

Date of Report

05/19/2011

## VII. INVESTMENTS and TRUSTS – income, value, transactions (includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 52. Muni Bond-N. TX Water Dist Rev. | A | Interest | K | T | | | | | |
| 53. Muni Bond-Pearland TX Cert of Oblg. | A | Interest | K | T | | | | | |
| 54. Muni Bond-Remington Util Dist Rev | A | Interest | L | T | | | | | |
| 55. Muni Bond-San Marcos TX Water Rev. | B | Interest | L | T | | | | | |
| 56. Muni Bond-Univ of Houston Rev | B | Interest | K | T | | | | | |
| 57. Muni Bond-Victoria TX Cert of Oblg. | B | Interest | K | T | | | | | |
| 58. Muni Bond-West Harris Co. TX Water | B | Interest | L | T | | | | | |
| 59. Muni Bond-VA. Housing Dev. Auth Rev. | A | Interest | K | T | | | | | |
| 60. Muni Bond-San Marcos TX Wastewater Rev. | D | Interest | K | T | | | | | |
| 61. Muni Bond-Galveston Co. TX Housing Rev. | B | Interest | K | T | | | | | |
| 62. Muni Bond-Valley AL Hosp. Rev | B | Interest | K | T | | | | | |
| 63. Muni Bond-TN Housing Dev Rev. | B | Interest | K | T | | | | | |
| 64. Muni Bond-Denver CO. Convention Ctr. Rev. | B | Interest | K | T | | | | | |
| 65. Muni Bond-Zapata Co. TX GO | B | Interest | K | T | | | | | |
| 66. Muni Bond-Destin FL Rev. | D | Interest | K | T | | | | | |
| 67. Muni Bond-MS State GO | B | Interest | K | T | | | | | |
| 68. Muni Bond-MS State Univ. Rev | B | Interest | K | T | | | | | |

1. Income Gain Codes: A = $1,000 or less; B = $1,001 - $2,500; C = $2,501 - $5,000; D = $5,001 - $15,000; E = $15,001 - $50,000
(See Columns B1 and D4) F = $50,001 - $100,000; G = $100,001 - $1,000,000; H1 = $1,000,001 - $5,000,000; H2 = More than $5,000,000
2. Value Codes J = $15,000 or less; K = $15,001 - $50,000; L = $50,001 - $100,000; M = $100,001 - $250,000
(See Columns C1 and D3) N = $250,001 - $500,000; O = $500,001 - $1,000,000; P1 = $1,000,001 - $5,000,000; P2 = $5,000,001 - $25,000,000
P3 = $25,000,001 - $50,000,000 P4 = More than $50,000,000
3. Value Method Codes Q = Appraisal; R = Cost (Real Estate Only); S = Assessment; T = Cash Market
(See Column C2) U = Book Value; V = Other; W = Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| Custrap, James R. | 05/19/2011 |

## VII. INVESTMENTS and TRUSTS — *Income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets)<br>Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 69. Muni Bond-Tyler TX Jr. College Rev. | A | Interest | K | T | | | | | |
| 70. Muni Bond-Dickens Co. TX Pub. Fac. Rev. | B | Interest | K | T | | | | | |
| 71. Muni Bond-Leander TX ISD Zero Coupon Bond | | None | L | T | | | | | |
| 72. Muni Bond-Williamson Co. TX GO | B | Interest | K | T | | | | | |
| 73. Muni Bond-TN Energy Acq. Rev. | B | Interest | K | T | | | | | |
| 74. Muni Bond-Monett MO Tax Incr. Rev. | A | Interest | J | T | | | | | |
| 75. Muni Bond-Bowling KY GO | B | Interest | K | T | | | | | |
| 76. Muni Bond-Harris Co. TX Toll Road Rev | A | Interest | K | T | | | | | |
| 77. Muni Bond-Knox Co. TN Health Fac. Rev. | B | Interest | K | T | | | | | |
| 78. Muni Bond-Mineola TX GO | B | Interest | K | T | | | | | |
| 79. Mineral Rights, Harrison Co. TX NFR-Dinkle GU | D | Royalty | K | Q | | | | | |
| 80. Mineral Rights, Harrison Co. TX NFR-Blalock GU | C | Royalty | K | Q | | | | | |
| 81. Mineral Rights, Harrison Co. TX Forest Oil-Dickard GU | A | Royalty | J | Q | | | | | |
| 82. Mineral Rights, Harrison Co. TX BP-Frank Davis GU | B | Royalty | J | Q | | | | | |
| 83. Mineral Rights, Harrison Co. TX Penn Va-Foreman GU | D | Royalty | K | Q | | | | | |
| 84. Mineral Rights, Harrison Co. TX Valence Oper-Mobley GU | B | Royalty | K | Q | | | | | |
| 85. Mineral Rights, Harrison Co. TX Valence-A. Snider GU | A | Royalty | J | Q | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

# FINANCIAL DISCLOSURE REPORT
Page 10 of 28

Name of Person Reporting

Gilstrap, James R.

Date of Report

05/19/2011

## VII. INVESTMENTS and TRUSTS – *Income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent. or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 86. 70 acres Harrison Co., TX Timber Tract | | None | M | Q | | | | | |
| 87. 178.66 acres Harrison Co. TX Timber Tract | | None | L | Q | | | | | |
| 88. 52 acres Harrison Co. TX Timber Tract | | None | M | Q | | | | | |
| 89. 23.06 acres Harrison Co. TX Timber Tract | | None | L | Q | | | | | |
| 90. 476 acres Cass Co. TX Timber Tract | | None | N | Q | | | | | |
| 91. Mineral Rights, Panola Co. TX Vice Shivers GU | A | Royalty | J | Q | | | | | |
| 92. CapitalOne Bank-Marshall TX various bank accts | D | Interest | N | T | | | | | |
| 93. BancorpSouth-Marshall TX checking acct. | | None | J | T | | | | | |
| 94. First St. Bank-Hallsville TX CD | B | Interest | M | T | | | | | |
| 95. Chase Bank-Marshall TX M/Mkt. acct #1 | A | Interest | J | T | | | | | |
| 96. First St. Bank Carthage TX M/Mkt. acct | D | Interest | N | T | | | | | |
| 97. Edward Jones Cash Mgn. Acct.#1 | B | Interest | M | T | | | | | |
| 98. TX Bank & Trust; M/Mkt accts | B | Interest | M | T | | | | | |
| 99. CapitolOne Bank-Marshall TX Agency CMA acct. | A | Interest | K | T | | | | | |
| 100. Chase Bank-Marshall, TX M/Mkt. acct. #2 | B | Interest | L | T | | | | | |
| 101. BancorpSouth Marshall, TX CD | B | Interest | M | T | | | | | |
| 102. Panola Nat'l Bank CD | B | Interest | M | T | | | | | |

1. Income Gain Codes: A =$1,000 or less; B =$1,001 - $2,500; C =$2,501 - $5,000; D =$5,001 - $15,000; E =$15,001 - $50,000
(See Columns B1 and D4) F =$50,001 - $100,000; G =$100,001 - $1,000,000; H1 =$1,000,001 - $5,000,000; H2 =More than $5,000,000
2. Value Codes: J =$15,000 or less; K =$15,001 - $50,000; L =$50,001 - $100,000; M =$100,001 - $250,000
(See Columns C1 and D3) N =$250,001 - $500,000; O =$500,001 - $1,000,000; P1 =$1,000,001 - $5,000,000; P2 =$5,000,001 - $25,000,000
P3 =$25,000,001 - $50,000,000; P4 =More than $50,000,000
3. Value Method Codes Q =Appraisal; R =Cost (Real Estate Only); S =Assessment; T =Cash Market
(See Column C2) U =Book Value; V =Other; W =Estimated

# FINANCIAL DISCLOSURE REPORT
Page 11 of 28

Name of Person Reporting

Gillstrap, James R.

Date of Report

05/19/2011

## VII. INVESTMENTS and TRUSTS — *income, value, transactions (includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 103. Edward Jones Cash Mgn. Acct. #2 | C | Interest | O | T | | | | | |
| 104. Denton TX Util. Dist. Rev Muni | C | Interest | L | T | | | | | |
| 105. Sumter Co. AL GO Muni | C | Interest | L | T | | | | | |
| 106. Carriage Service Corp. common stock | | None | J | T | | | | | |
| 107. Reassure America universal life policy | B | Interest | K | T | | | | | |
| 108. Foundation #1 | F | Int./Div. | P1 | T | | | | | |
| 109. -CapOne checking acct. | | | | | | | | | |
| 110. -Fidelity MMkt Acct. | | | | | | | | | |
| 111. -Accenture common stock | | | | | | | | | |
| 112. -Frontline Common stock | | | | | | | | | |
| 113. -AT&T common stock | | | | | | | | | |
| 114. -Altria Group common stock | | | | | | | | | |
| 115. -American Express common stock | | | | | | | | | |
| 116. -Amgen common stock | | | | | | | | | |
| 117. -Apache corp. common stock | | | | | | | | | |
| 118. -Auto Data Processing common stock | | | | | | | | | |
| 119. -Becton Dickinson common stock | | | | | | | | | |

1. Income Gain Codes: (See Columns B1 and D4)
A = $1,000 or less
B = $1,001 - $2,500
C = $2,501 - $5,000
D = $5,001 - $15,000
E = $15,001 - $50,000
F = $50,001 - $100,000
G = $100,001 - $1,000,000
H1 = $1,000,001 - $5,000,000
H2 = More than $5,000,000

2. Value Codes (See Columns C1 and D3)
J = $15,000 or less
K = $15,001 - $50,000
L = $50,001 - $100,000
M = $100,001 - $250,000
N = $250,001 - $500,000
O = $500,001 - $1,000,000
P1 = $1,000,001 - $5,000,000
P2 = $5,000,001 - $25,000,000
P3 = $25,000,001 - $50,000,000
P4 = More than $50,000,000

3. Value Method Codes (See Column C2)
Q = Appraisal
R = Cost (Real Estate Only)
S = Assessment
T = Cash Market
U = Book Value
V = Other
W = Estimated

# FINANCIAL DISCLOSURE REPORT
## Page 12 of 28

Name of Person Reporting

Giltrap, James R.

Date of Report

05/19/2011

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 120. -Boeing common stock | | | | | | | | | |
| 121. -CF Holdings common stock | | | | | | | | | |
| 122. -Cme Group common stock | | | | | | | | | |
| 123. -CSX common stock | | | | | | | | | |
| 124. -CVS Corp. common stock | | | | | | | | | |
| 125. -Chevron common stock | | | | | | | | | |
| 126. -Coca Cola common stock | | | | | | | | | |
| 127. -ConocoPhillips common stock | | | | | | | | | |
| 128. -Corning common stock | | | | | | | | | |
| 129. -Devon Energy common stock | | | | | | | | | |
| 130. -Disney common stock | | | | | | | | | |
| 131. -Dominion Res. common stock | | | | | | | | | |
| 132. -DuPont common stock | | | | | | | | | |
| 133. -El Paso Corp. common stock | | | | | | | | | |
| 134. -Entergy common stock | | | | | | | | | |
| 135. -ExxonMobil common stock | | | | | | | | | |
| 136. -Fastenal common stock | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | | P4 =More than $50,000,000 | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Gilstrap, James R. | 05/19/2011 |

## VII. INVESTMENTS and TRUSTS – *Income, value, transactions (Includes those of spouse and dependent children; see pp. 34-69 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) — Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 137. –Fluor Corp. common stock | | | | | | | | | |
| 138. –GE common stock | | | | | | | | | |
| 139. –Goldman Sachs common stock | | | | | | | | | |
| 140. –HP common stock | | | | | | | | | |
| 141. –Home Depot common stock | | | | | | | | | |
| 142. –Honeywell common stock | | | | | | | | | |
| 143. –Intel common stock | | | | | | | | | |
| 144. –IBM common stock | | | | | | | | | |
| 145. –EAFE Index Fund | | | | | | | | | |
| 146. –Russell 2000 Value Index Fund | | | | | | | | | |
| 147. –Chase common stock | | | | | | | | | |
| 148. –JNJ common stock | | | | | | | | | |
| 149. –Eli Lilly common stock | | | | | | | | | |
| 150. –McDonald's common stock | | | | | | | | | |
| 151. –McKesson common stock | | | | | | | | | |
| 152. –Medtronic common stock | | | | | | | | | |
| 153. –Microsoft common stock | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Giistrap, James R. | 05/19/2011 |

# VII. INVESTMENTS and TRUSTS – *income, value, transactions (includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 154. -Molson-Coors common stock | | | | | | | | | |
| 155. -Monsanto common stock | | | | | | | | | |
| 156. -Nike common stock | | | | | | | | | |
| 157. -Northern Trust common stock | | | | | | | | | |
| 158. -Novartis common stock | | | | | | | | | |
| 159. -Oracle common stock | | | | | | | | | |
| 160. -Pepsico common stock | | | | | | | | | |
| 161. -Philip Morris common stock | | | | | | | | | |
| 162. -PG common stock | | | | | | | | | |
| 163. -Qualcomm common stock | | | | | | | | | |
| 164. -S&P 500 Eft Trust | | | | | | | | | |
| 165. -S&P 400 Midcap Eft Trust | | | | | | | | | |
| 166. -Schumberger common stock | | | | | | | | | |
| 167. -Sempra Energy common stock | | | | | | | | | |
| 168. -Simon Ppty Group common stock | | | | | | | | | |
| 169. -Sysco common stock | | | | | | | | | |
| 170. -Teva Pharma common stock | | | | | | | | | |

| 1. Income Gain Codes: | A –$1,000 or less | B –$1,001 - $2,500 | C –$2,501 - $5,000 | D –$5,001 - $15,000 | E –$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F –$50,001 - $100,000 | G –$100,001 - $1,000,000 | H1 –$1,000,001 - $5,000,000 | H2 –More than $5,000,000 | |
| 2. Value Codes | J –$15,000 or less | K –$15,001 - $50,000 | L –$50,001 - $100,000 | M –$100,001 - $250,000 | |
| (See Columns C1 and D3) | N –$250,001 - $500,000 | O –$500,001 - $1,000,000 | P1 –$1,000,001 - $5,000,000 | P2 –$5,000,001 - $25,000,000 | |
| | P3 –$25,000,001 - $50,000,000 | | P4 –More than $50,000,000 | | |
| 3. Value Method Codes | Q –Appraisal | R –Cost (Real Estate Only) | S –Assessment | T –Cash Market | |
| (See Column C2) | U –Book Value | V –Other | W –Estimated | | |

# FINANCIAL DISCLOSURE REPORT
## Page 15 of 28

Name of Person Reporting

Gilstrap, James R.

Date of Report

05/19/2011

## VII. INVESTMENTS and TRUSTS — *income, value, transactions (includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g. buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 171. -Texas Instr. common stock | | | | | | | | | |
| 172. -3M common stock | | | | | | | | | |
| 173. -Travelers common stock | | | | | | | | | |
| 174. -United Tech.s common stock | | | | | | | | | |
| 175. -Verizon common stock | | | | | | | | | |
| 176. -Visa common stock | | | | | | | | | |
| 177. -Vodafone Group common stock | | | | | | | | | |
| 178. -Wal-Mart common stock | | | | | | | | | |
| 179. -Wells Fargo common stock | | | | | | | | | |
| 180. -Thornburg Internat'l Value Fund class I | | | | | | | | | |
| 181. -Am. Gen. Med. Term Sr. Notes due 04/01/2013 | | | | | | | | | |
| 182. -Am. Gen. Med. Term Sr. Notes due 12/15/2011 | | | | | | | | | |
| 183. -Am. Gen. Med. Term Sr. Notes due 09/15/2012 | | | | | | | | | |
| 184. -Bear Sterns Sr. Notes due 02/01/2012 | | | | | | | | | |
| 185. -Verizon Deb. Ser. A due 03/15/2013 | | | | | | | | | |
| 186. -Wells Fargo new Sub. Notes due 08/01/2011 | | | | | | | | | |
| 187. -Vanguard Total Bond Mkt. Index Fund | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A = $1,000 or less | B = $1,001 - $2,500 | C = $2,501 - $5,000 | D = $5,001 - $15,000 | E = $15,001 - $50,000 |
|---|---|---|---|---|---|
| | F = $50,001 - $100,000 | G = $100,001 - $1,000,000 | H1 = $1,000,001 - $5,000,000 | H2 = More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J = $15,000 or less | K = $15,001 - $50,000 | L = $50,001 - $100,000 | M = $100,001 - $250,000 | |
| | N = $250,001 - $500,000 | O = $500,001 - $1,000,000 | P1 = $1,000,001 - $5,000,000 | P2 = $5,000,001 - $25,000,000 | |
| | P3 = $25,000,001 - $50,000,000 | | P4 = More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q = Appraisal | R = Cost (Real Estate Only) | S = Assessment | T = Cash Market | |
| | U = Book Value | V = Other | W = Estimated | | |

# FINANCIAL DISCLOSURE REPORT
Page 16 of 28

Name of Person Reporting

Gilstrap, James R.

Date of Report

05/19/2011

## VII. INVESTMENTS and TRUSTS – income, value, transactions (includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Asset (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 188. -CapitalOne checking/operating acct. | | | | | | | | | |
| 189. -Mineral Rights; BP-W.E. Jackson GU | | | | | | | | | |
| 190. -Mineral Rights; BP-Findley-B GU | | | | | | | | | |
| 191. -Mineral Rights; BP-Geo. Slaughter-B GU | | | | | | | | | |
| 192. Trust #1 | E | Royalty | K | Q | | | | | |
| 193. -Mineral Rights; Comstock-Winston #1 GU | | | | | | | | | |
| 194. -Mineral Rights; WIMCO-Longwood Well #1 | | | | | | | | | |
| 195. -Mineral Rights; Matador Energy GU | | | | | | | | | |
| 196. -CapitalOne Bank; checking acct. | | | | | | | | | |
| 197. Foundation #2 | E | Int./Div. | P1 | T | | | | | |
| 198. -CapitalOne Bank-checking | | | | | | | | | |
| 199. -3300 acres timberland in NW Harrison Co., TX | | | | | | | | | |
| 200. -Ally Bank CD | | | | | | | | | |
| 201. -Emerson Electric common stock | | | | | | | | | |
| 202. -JNJ common stock | | | | | | | | | |
| 203. -Pepsico common stock | | | | | | | | | |
| 204. -PG common stock | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

# FINANCIAL DISCLOSURE REPORT
Page 17 of 28

Name of Person Reporting

Gilstrap, James R.

Date of Report

05/19/2011

# VII. INVESTMENTS and TRUSTS – *Income, value, transactions (includes those of spouse and dependent children; see pp. 34-60 of filing Instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 205. -Royal Dutch Shell common stock-ADR | | | | | | | | | |
| 206. -Mineral Rights; TexOk-Davidson #3 oil unit | | | | | | | | | |
| 207. -Mineral Rights; TexOk-Davidson #7 oil unit | | | | | | | | | |
| 208. -Mineral Rights; TexOk-Davidson #13 oil unit | | | | | | | | | |
| 209. -Mineral Rights; Harleton O&G-Davidson well | | | | | | | | | |
| 210. Trust #2 | G | Int./Div. | P2 | T | | | | | |
| 211. -Bancorp South Bank-checking account | | | | | | | | | |
| 212. -925 acres timberland, NW Harrison County Texas | | | | | | | | | |
| 213. -Muni Bond-Williamson Co., TX GO series A | | | | | | | | | |
| 214. -Muni Bond-Austin, TX Water Sys Rev Bond | | | | | | | | | |
| 215. -Muni Bond-Washington State GO | | | | | | | | | |
| 216. -Muni Bond-S. Lyon MI Schools GO | | | | | | | | | |
| 217. -Muni Bond-Bryan TX Water Sys Rev Bond | | | | | | | | | |
| 218. -Muni Bond-Lower Colo. River Auth. Rev. Bond | | | | | | | | | |
| 219. -Muni Bond-Springdale AR. School GO Bond | | | | | | | | | |
| 220. -Muni Bond-Burleson, TX GO Bond | | | | | | | | | |
| 221. -Muni Bond-Port Nueces Groves ISD GO Bond | | | | | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

# FINANCIAL DISCLOSURE REPORT
Page 18 of 28

Name of Person Reporting

Gilstrap, James R.

Date of Report

05/19/2011

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 222. -Muni Bond-McKinney, TX GO Bond | | | | | | | | | |
| 223. -Muni Bond-Seattle, WA. Light & Power Rev. Bond | | | | | | | | | |
| 224. -Muni Bond-Lubbock Co, TX Cert of Oblig. GO Bond | | | | | | | | | |
| 225. -Muni Bond-Webster, TX GO Bond | | | | | | | | | |
| 226. -Muni Bond-Decatur, AL. GO series E Bond | | | | | | | | | |
| 227. -Muni Bond-Riverdale, IL. GO series E Bond | | | | | | | | | |
| 228. -Muni Bond-Pearland, TX GO Bond | | | | | | | | | |
| 229. -Muni Bond-Yavapi Co. AZ College Dist GO Bond | | | | | | | | | |
| 230. -Muni Bond-McKinney, TX Water Sys Rev. Bonds | | | | | | | | | |
| 231. -Muni Bonds-Carson City NV water GO Bond | | | | | | | | | |
| 232. -Muni Bond-St Charles, Ill. GO Bond | | | | | | | | | |
| 233. -Muni Bond-Richardson, TX ISD GO Bond | | | | | | | | | |
| 234. -Muni Bond-Bryan, TX Waterworks Rev Bond | | | | | | | | | |
| 235. -Muni Bond-Ennis, TX GO Bond | | | | | | | | | |
| 236. -Muni Bond-Indiana Power Agency Rev Bond | | | | | | | | | |
| 237. -Muni Bond-Dorchester Co., SC Trans. GO Bond | | | | | | | | | |
| 238. -Muni Bond-N. TX Tollway Auth. series A Bond | | | | | | | | | |

1. Income Gain Codes:      A =$1,000 or less      B =$1,001 - $2,500      C =$2,501 - $5,000      D =$5,001 - $15,000      E =$15,001 - $50,000
   (See Columns B1 and D4)   F =$50,001 - $100,000   G =$100,001 - $1,000,000   H1 =$1,000,001 - $5,000,000   H2 =More than $5,000,000
2. Value Codes      J =$15,000 or less   K =$15,001 - $50,000   L =$50,001 - $100,000   M =$100,001 - $250,000
   (See Columns C1 and D3)   N =$250,001 - $500,000   O =$500,001 - $1,000,000   P1 =$1,000,001 - $5,000,000   P2 =$5,000,001 - $25,000,000
                        P3 =$25,000,001 - $50,000,000
3. Value Method Codes   Q =Appraisal   R =Cost (Real Estate Only)   S =Assessment   T =Cash Market   P4 =More than $50,000,000
   (See Column C2)   U =Book Value   V =Other   W =Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| Gilstrap, James R. | 05/19/2011 |

# VII. INVESTMENTS and TRUSTS — *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 239.  -Muni Bond-Laredo TX Comm. Col. Dist. GO Bond | | | | | | | | | |
| 240.  -Muni Bond-Temple, TX Util Rev Bond | | | | | | | | | |
| 241.  -Muni Bond-Texas State Water Finl. series A GO Bond | | | | | | | | | |
| 242.  -Muni Bond-Harris Co. TX Mun. Util. Dist. GO series A | | | | | | | | | |
| 243.  -Muni Bond-Dallas, TX ISD GO Bond | | | | | | | | | |
| 244.  -Muni Bond-Irving, TX ISD GO Bond | | | | | | | | | |
| 245.  -Muni Bond-Spring TX ISD GO Bond | | | | | | | | | |
| 246.  -Muni Bond-Klein TX ISD GO Bond | | | | | | | | | |
| 247.  -Muni Bond-Tyler TX Jr. Coll. Dist. Rev. Bond | | | | | | | | | |
| 248.  -Muni Bond-Rockwall, TX ISD GO Bond | | | | | | | | | |
| 249.  -Muni Bond-Aledo, TX ISD GO Bond | | | | | | | | | |
| 250.  -AT&T common stock | | | | | | | | | |
| 251.  -Caterpillar common stock | | | | | | | | | |
| 252.  -Chevron common stock | | | | | | | | | |
| 253.  -ConocoPhillips common stock | | | | | | | | | |
| 254.  -Coca Cola common stock | | | | | | | | | |
| 255.  -Emerson Electric common stock | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

# FINANCIAL DISCLOSURE REPORT
## Page 20 of 28

Name of Person Reporting

Gilstrap, James R.

Date of Report

05/19/2011

# VII. INVESTMENTS and TRUSTS — *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-40 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 256. -JNJ common stock | | | | | | | | | |
| 257. -Kellogg common stock | | | | | | | | | |
| 258. -Nextera Energy common stock | | | | | | | | | |
| 259. -PG common stock | | | | | | | | | |
| 260. -Realty Incom Corp. common stock | | | | | | | | | |
| 261. -MMM common stock | | | | | | | | | |
| 262. -Enbridge Energy Partners Ltd Partnership | | | | | | | | | |
| 263. -Energy Transfer Equity LP | | | | | | | | | |
| 264. -Enterprise Products Partners, LP | | | | | | | | | |
| 265. -Kinder-Morgan Energy Partners, LP | | | | | | | | | |
| 266. -ONEOK Partners, LP | | | | | | | | | |
| 267. -Edward Jones M/Mkt. Account | | | | | | | | | |
| 268. -Muni Bond-Travis Co, TX Cert of Oblg Bond | | | | | | | | | |
| 269. -Muni Bond-Merced CA Comm. Coll. Imp. Dist. Bond | | | | | | | | | |
| 270. -Muni Bond-Highland Village TX GO Bond | | | | | | | | | |
| 271. -Muni Bond-Hillsborough CA Sch. Dist.GO series A | | | | | | | | | |
| 272. -Muni Bond-Brazos River Auth. Rev. Bond | | | | | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Gilstrap, James R. | 05/19/2011 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g. buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 273. -Muni Bond-Freemont CA Sch. Dist. GO Bond | | | | | | | | | |
| 274. -Muni Bond-Rowlett, TX GO Bond | | | | | | | | | |
| 275. -Muni Bond-San Francisco CA Airport Rev Bond | | | | | | | | | |
| 276. -Muni Bond-San Diego CA Sch Dist GO series C | | | | | | | | | |
| 277. -Muni Bond-N TX Tollway Rev. Bond series A | | | | | | | | | |
| 278. -Muni Bond-Laredo TX Comm. Coll. GO Bond | | | | | | | | | |
| 279. -Muni Bond-Temple TX Util Sys. Rev. Bond | | | | | | | | | |
| 280. -Muni Bond-Harris Co TX Mun Util Dist GO series A | | | | | | | | | |
| 281. -Muni Bond-Harris Co TX Health Facs Dev. Rev Bond | | | | | | | | | |
| 282. -Muni Bond-Spring TX ISD GO Bond | | | | | | | | | |
| 283. -Muni Bond-Klein TX ISD RFDG GO Bond | | | | | | | | | |
| 284. -CenturyLink common stock | | | | | | | | | |
| 285. -Exxon Mobil common stock | | | | | | | | | |
| 286. -GE common stock | | | | | | | | | |
| 287. -Kimberly Clark common stock | | | | | | | | | |
| 288. -Lockheed common stock | | | | | | | | | |
| 289. -Medco Health Sys common stock | | | | | | | | | |

1. Income Gain Codes; (See Columns B1 and D4)   A=$1,000 or less   B=$1,001 - $2,500   C=$2,501 - $5,000   D=$5,001 - $15,000   E=$15,001 - $50,000
F=$50,001 - $100,000   G=$100,001 - $1,000,000   H1=$1,000,001 - $5,000,000   H2=More than $5,000,000
2. Value Codes (See Columns C1 and D3)   J=$15,000 or less   K=$15,001 - $50,000   L=$50,001 - $100,000   M=$100,001 - $250,000
N=$250,001 - $500,000   O=$500,001 - $1,000,000   P1=$1,000,001 - $5,000,000   P2=$5,000,001 - $25,000,000
P3=$25,000,001 - $50,000,000   P4=More than $50,000,000
3. Value Method Codes (See Column C2)   Q=Appraisal   R=Cost (Real Estate Only)   S=Assessment   T=Cash Market
U=Book Value   V=Other   W=Estimated

FINANCIAL DISCLOSURE REPORT
Page 22 of 28

Name of Person Reporting
Gilstrap, James R.

Date of Report
05/19/2011

# VII. INVESTMENTS and TRUSTS – *income, value, transactions (includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g. buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 290. -Merck common stock | | | | | | | | | |
| 291. -Pfizer common stock | | | | | | | | | |
| 292. -United Technologies common stock | | | | | | | | | |
| 293. -Disney common stock | | | | | | | | | |
| 294. -Wal-Mart common stock | | | | | | | | | |
| 295. -Mineral Rights-NFR-Marshall Pottery GU, Harrison Co TX | | | | | | | | | |
| 296. -Mineral Rights-NFR-Moseley #1 & #2 GU Harrison CO TX | | | | | | | | | |
| 297. -Mineral Rights-Samson-SW Med Found GU Harrison Co TX | | | | | | | | | |
| 298. -Mineral Rights-Forest Oil Co-Wms GU Harrison Co TX | | | | | | | | | |
| 299. -Mineral Rights-Berry Oil Co-Byrne GU Harrison Co TX | | | | | | | | | |
| 300. -Mineral Rights-XTO-Delta Hughes GU Harrison Co TX | | | | | | | | | |
| 301. -Mineral Rights-BP-Findley GU Harrison Co. TX | | | | | | | | | |
| 302. -Mineral Rights-McElroy GU Harrison Co TX | | | | | | | | | |
| 303. -Mineral Rights-T Mosely GU Harrison Co TX | | | | | | | | | |
| 304. -Mineral Rights-BP Nesbitt GU Harrison Co TX | | | | | | | | | |
| 305. -Mineral Rights-Exco-Jville GU Harrison Co TX | | | | | | | | | |
| 306. -Mineral Rights-Waldron GU Harrison Co TX | | | | | | | | | |

1. Income Gain Codes:
(See Columns B1 and D4)
A =$1,000 or less
B =$1,001 - $2,500
C =$2,501 - $5,000
D =$5,001 - $15,000
E =$15,001 - $50,000
F =$50,001 - $100,000
G =$100,001 - $1,000,000
H1 =$1,000,001 - $5,000,000
H2 =More than $5,000,000

2. Value Codes
(See Columns C1 and D3)
J =$15,000 or less
K =$15,001 - $50,000
L =$50,001 - $100,000
M =$100,001 - $250,000
N =$250,001 - $500,000
O =$500,001 - $1,000,000
P1 =$1,000,001 - $5,000,000
P2 =$5,000,001 - $25,000,000
P3 =$25,000,001 - $50,000,000
P4 =More than $50,000,000

3. Value Method Codes
(See Column C2)
Q =Appraisal
R =Cost (Real Estate Only)
S =Assessment
T =Cash Market
U =Book Value
V =Other
W =Estimated

# FINANCIAL DISCLOSURE REPORT
Page 23 of 28

Name of Person Reporting

Gilstrap, James R.

Date of Report

05/19/2011

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing Instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 307. -Mineral Rights-Crockett B GU Harrison Co TX | | | | | | | | | |
| 308. -Mineral Rights-BP-Brune GU Harrison Co TX | | | | | | | | | |
| 309. -Mineral Rights-Shelby-HC Fee GU Harrison Co TX | | | | | | | | | |
| 310. -Mineral Rights-BP-Hynson GU Harrison Co TX | | | | | | | | | |
| 311. -Mineral Rights-BP-Resch GU Harrison Co TX | | | | | | | | | |
| 312. -Mineral Rights-GMX-Blocker Ware Harrison Co TX | | | | | | | | | |
| 313. -Mineral Rights-GMX S Moore GU Harrison Co TX | | | | | | | | | |
| 314. -Mineral Rights-NFR-Pilot GU Harrison Co TX | | | | | | | | | |
| 315. -Mineral Rights-Beckham GU Harrison Co TX | | | | | | | | | |
| 316. -Mineral Rights-Berry-Haynes GU Harrison Co TX | | | | | | | | | |
| 317. -Mineral Rights-BP- Allen GU Harrison Co TX | | | | | | | | | |
| 318. -Mineral Rights-BP-JE Jackson GU Harrison Co TX | | | | | | | | | |
| 319. -Min.RightsGMX-Underwood GU Harrison Co TX | | | | | | | | | |
| 320. -Mineral Rights-Gill GU Harrison Co TX | | | | | | | | | |
| 321. -Mineral Rights-SD Hall GU Harrsion Co TX | | | | | | | | | |
| 322. -Mineral Rights-PennVa Hordern GU Harrison Co TX | | | | | | | | | |
| 323. -Mineral Rights-BP-Hurd GU Harrision Co TX | | | | | | | | | |

1. Income Gain Codes: (See Columns B1 and D4)
A =$1,000 or less
B =$1,001 - $2,500
C =$2,501 - $5,000
D =$5,001 - $15,000
E =$15,001 - $50,000
F =$50,001 - $100,000
G =$100,001 - $1,000,000
H1 =$1,000,001 - $5,000,000
H2 =More than $5,000,000

2. Value Codes (See Columns C1 and D3)
J =$15,000 or less
K =$15,001 - $50,000
L =$50,001 - $100,000
M =$100,001 - $250,000
N =$250,001 - $500,000
O =$500,001 - $1,000,000
P1 =$1,000,001 - $5,000,000
P2 =$5,000,001 - $25,000,000
P3 =$25,000,001 - $50,000,000
P4 =More than $50,000,000

3. Value Method Codes (See Column C2)
Q =Appraisal
R =Cost (Real Estate Only)
S =Assessment
T =Cash Market
U =Book Value
V =Other
W =Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| Chtrup, James R. | 05/19/2011 |

## VII. INVESTMENTS and TRUSTS – *Income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 324. -Mineral Rights-Chopper GU Harrison Co TX | | | | | | | | | |
| 325. -Mineral Rights-BP-Davis GU Harrison Co TX | | | | | | | | | |
| 326. -Mineral Rights-BP-Lee GU Harrison Co TX | | | | | | | | | |
| 327. -Mineral Rights-BP-Pope GU Harrison Co TX | | | | | | | | | |
| 328. -Mineral Rights-BP-Allen GU Harrison Co TX | | | | | | | | | |
| 329. -Mineral Rights-BP-JG Brown GU Harrison Co TX | | | | | | | | | |
| 330. -Mineral Rights-BP-Lewis GU Harrison Co TX | | | | | | | | | |
| 331. -Mineral Rights-BP-Britton GU Harrison Co TX | | | | | | | | | |
| 332. -Mineral Rights-BP-Caldwell GU Harrison Co TX | | | | | | | | | |
| 333. -Mineral Rights-BP-Slaughter GU Harrison Co TX | | | | | | | | | |
| 334. -Mineral Rights-Hutchinson GU Harrison Co TX | | | | | | | | | |
| 335. -Mineral Rights-NFR-Emmitt GU Harrison Co TX | | | | | | | | | |
| 336. -MIN. Rights-Tex-OK-Baker GU Harrison Co TX | | | | | | | | | |
| 337. -Mineral Rights-Tex OK-Ben Gene Field Harrison Co TX | | | | | | | | | |
| 338. -Mineral Rights-Blalock GU Harrison Co TX | | | | | | | | | |
| 339. -Mineral Rts-GMX-Bradley GU Harrison Co TX | | | | | | | | | |
| 340. -Mineral Rights-Buffin GU Harrison Co TX | | | | | | | | | |

1. Income Gain Codes: A –$1,000 or less  B –$1,001 - $2,500  C –$2,501 - $5,000  D –$5,001 - $15,000  E –$15,001 - $50,000
(See Columns D1 and D4)  F –$50,001 - $100,000  G –$100,001 - $1,000,000  H1 –$1,000,001 - $5,000,000  H2 –More than $5,000,000
2. Value Codes  J –$15,000 or less  K –$15,001 - $50,000  L –$50,001 - $100,000  M –$100,001 - $250,000
(See Columns C1 and D3)  N –$250,001 - $500,000  O –$500,001 - $1,000,000  P1 –$1,000,001 - $5,000,000  P2 –$5,000,001 - $25,000,000
P3 –$25,000,001 - $50,000,000  P4 –More than $50,000,000
3. Value Method Codes  Q –Appraisal  R –Cost (Real Estate Only)  S –Assessment  T –Cash Market
(See Column C2)  U –Book Value  V –Other  W –Estimated

# FINANCIAL DISCLOSURE REPORT
## Page 25 of 28

Name of Person Reporting

Gilstrap, James R.

Date of Report

05/19/2011

## VII. INVESTMENTS and TRUSTS – Income, value, transactions (includes those of spouse and dependent children; see pp. 34-60 of filing Instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 341. -Mineral Rights-B Cain GU Harrison Co TX | | | | | | | | | |
| 342. -Mineral Rights-ETBC GU Harrison Co TX | | | | | | | | | |
| 343. -Mineral Rights-Corde GU Harrison Co TX | | | | | | | | | |
| 344. -Mineral Rights-BP-Dudeck GU Harrison Co TX | | | | | | | | | |
| 345. -Mineral Rights-XTO-Dunn GU Harrison Co TX | | | | | | | | | |
| 346. -Mineral Rights-Durkee GU Harrison Co TX | | | | | | | | | |
| 347. -Mineral Rights-Gilstrap GU Harrison Co TX | | | | | | | | | |
| 348. -Mineral Rights-Fair Oil-Fox GU Harrison Co TX | | | | | | | | | |
| 349. -Mineral Rights-Exco-Jube GU Harrison Co TX | | | | | | | | | |
| 350. -Mineral Rights-Comstock Kennedy GU Harrison Co TX | | | | | | | | | |
| 351. -Mineral Rights-BP Kingstree GU Harrison Co TX | | | | | | | | | |
| 352. -Mineral Rights-Kirkpatrick GU Harrison Co TX | | | | | | | | | |
| 353. -Mineral Rights-XTO-Dee Knox GU Harrison Co TX | | | | | | | | | |
| 354. -Mineral Rights-BP-Roden GU Harrison Co TX | | | | | | | | | |
| 355. -Mineral Rights-Matthews GU Harrison Co TX | | | | | | | | | |
| 356. -Mineral Rights-Newton GU Harrison Co TX | | | | | | | | | |
| 357. -Mineral Rights-BP-Peggy Pierce GU Harrison Co TX | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Gilstrap, James R. | 05/19/2011 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 358. -Mineral Rights-Roseborough GU Harrison Co Tx | | | | | | | | | |
| 359. -Mineral Rights-Exco-Rudd GU Harrison Co TX | | | | | | | | | |
| 360. -Mineral Rights-Vincent GU Harrison Co TX | | | | | | | | | |
| 361. -Mineral Rights-weir GU Harrison Co TX | | | | | | | | | |
| 362. -Mineral Rights-BP-P. Whaley GU Harrison Co TX | | | | | | | | | |
| 363. -Mineral Rights-XTO-Wilson GU Harrison Co TX | | | | | | | | | |
| 364. -Mineral Rights-Woodlawn GU Harrison Co TX | | | | | | | | | |
| 365. -CapitalOne Bank-checking account | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | | | P3 =$25,000,001 - $50,000,000 | P4 =More than $50,000,000 | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

**FINANCIAL DISCLOSURE REPORT**
Page 27 of 28

Name of Person Reporting

Glistrap, James R.

Date of Report

05/19/2011

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of Report.)*

**FINANCIAL DISCLOSURE REPORT**
Page 28 of 28

Name of Person Reporting

Glistrap, James R.

Date of Report

05/19/2011

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature _____

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

---

### FILING INSTRUCTIONS

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544

# FINANCIAL STATEMENT

## NET WORTH

Provide a complete, current financial net worth statement which itemizes in detail all assets (including bank accounts, real estate, securities, trusts, investments, and other financial holdings) all liabilities (including debts, mortgages, loans, and other financial obligations) of yourself, your spouse, and other immediate members of your household.

| ASSETS | | | | LIABILITIES | | | |
|---|---|---|---|---|---|---|---|
| Cash on hand and in banks | 2 | 718 | 282 | Notes payable to banks-secured | | | |
| U.S. Government securities | | | | Notes payable to banks-unsecured | | | |
| Listed securities -- see schedule | 1 | 803 | 552 | Notes payable to relatives | | | |
| Unlisted securities | | | | Notes payable to others | | | |
| Accounts and notes receivable: | | | | Accounts and bills due | | | |
| Due from relatives and friends | | | | Unpaid income tax | | | |
| Due from others | | | | Other unpaid income and interest | | | |
| Doubtful | | | | Real estate mortgages payable-see schedule | | | |
| Real estate owned -- see schedule | 1 | 569 | 040 | Chattel mortgages and other liens payable | | | |
| Real estate mortgages receivable | | | | Other debts-itemize: | | | |
| Autos and other personal property | | 50 | 000 | | | | |
| Cash value-life insurance | | 27 | 360 | | | | |
| Other assets itemize: | | | | | | | |
| - Municipal bonds | 1 | 333 | 652 | | | | |
| | | | | | | | |
| | | | | Total liabilities | | | 0 |
| | | | | Net Worth | 7 | 501 | 886 |
| Total Assets | 7 | 501 | 886 | Total liabilities and net worth | 7 | 501 | 886 |
| CONTINGENT LIABILITIES | | | | GENERAL INFORMATION | | | |
| As endorser, comaker or guarantor | | | | Are any assets pledged? (Add schedule) | NO | | |
| On leases or contracts | | | | Are you defendant in any suits or legal actions? | NO | | |
| Legal Claims | | | | Have you ever taken bankruptcy? | NO | | |
| Provision for Federal Income Tax | | | | | | | |
| Other special debt | | | | | | | |